United States District Court
Southern District of Texas

**ENTERED**

May 11, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **DELVI DEL CARMEN DIAZ MEDINA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00644** |
| | § | |
| **WARDEN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 brought by next of friend Denesis Ardair Diaz Flores on behalf of *pro se* Petitioner Delvi Del Carmen Diaz Medina ("Petitioner"), (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). Respondents filed a Motion for Summary Judgment, (Dkt. 9), on April 27, 2026, in which Respondents indicated that Petitioner had a final order of removal. Petitioner filed a reply, (Dkt 12), informing the Court that Petitioner intended to pursue a motion to reopen his removal proceedings. Petitioner's next of friend also informed the Court that Petitioner had been transported to the hospital due to medical concerns. (Dkt. 10.)

Accordingly, Respondents are hereby **ORDERED** to submit an advisory informing the Court: 1) whether Petitioner remains hospitalized and 2) whether Petitioner has filed a motion to reopen with the Immigration Court and if so, what action has been taken on the motion. The advisory must be submitted on or before **May 13, 2026**.

IT IS SO ORDERED.

SIGNED this May 11, 2026.

Diana Saldaña
United States District Judge